■ ACEA MOSEY, as Administrator of the Estate of LAURA CUMMINGS, Deceased, Appellant, v COUNTY OF ERIE, Respondent. (Appeal No. 1.) [988 NYS2d 520]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ ACEA MOSEY, as Administrator of the Estate of LAURA CUMMINGS, Deceased, Appellant, v TIMOTHY B. HOWARD, Erie County Sheriff, Respondent. (Appeal No. 2.) [988 NYS2d 520]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ DANIELLE DOWNIE, Respondent, v SHAWN T. McDONOUGH, Appellant. [988 NYS2d 520]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ BRIAN HYATT, Appellant, v DANIEL YOUNG, Doing Business as CY Construction, Respondent. [988 NYS2d 520]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ In the Matter of RICCELLI ENTERPRISES, INC., et al., Respondents, v STATE OF NEW YORK WORKERS' COMPENSATION BOARD et al., Appellants. [988 NYS2d 520]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.

■ DAVID SMALLEY et al., Appellants, v HARLEY-DAVIDSON MOTOR COMPANY, INC., et al., Respondents. [988 NYS2d 520]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD F. MILLS, Appellant. [988 NYS2d 520]—Motion for reargument denied. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Valentino, JJ.

■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. LARRY P. LANG et al., Respondents, v CRANE Co. et al., Appellants, et al., Defendants. [988 NYS2d 520]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL JONES, Appellant. [988 NYS2d 520]—Motion for reargument denied. Present—Scudder, P.J., Centra, Fahey, Sconiers and Valentino, JJ.